UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DIABATE AMADOU,                                    Civil No.  07-2549 MJD/AJB

      Plaintiff,

v.                                                O R D E R

JB HUNT TRUCKING,

      Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 3, 2007, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1.  Plaintiff's amended application to proceed in forma pauperis, (Docket No. 6), is **DENIED**; and

2.  This action is summarily dismissed for lack of jurisdiction.


DATED: July 25, 2007.

                                                  s/Michael J. Davis
                                                  Judge Michael J. Davis
                                                  U. S. District Court